**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 06-0350-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Peter Joseph Lopez, | ) | |
| Defendant. | ) | |

      Defendant having filed a Motion To Continue Change Of Plea (docket # 20) regarding the September 6, 2006 misdemeanor plea proceeding, there being no objection by the assigned AUSA Richard I. Mesh and good cause appearing,

      **IT IS ORDERED** that Defendant's Motion To Continue Change Of Plea (docket # 20) is **GRANTED** and hereby resetting a misdemeanor guilty plea proceeding before the undersigned on Monday, **September 11, 2006 at 11:00 a.m.** Whether the Court exercises its discretion to proceed directly to sentencing or sets sentencing on a different date shall abide by the arguments of counsel. Rule 32(c)(1)(A)(ii) and Rule 58(c)(3), FED.R.CRIM.P.

      **IT IS FURTHER ORDERED** that Defendant shall be physically present at the aforesaid date, time and place or an arrest warrant shall issue except for good cause shown.

/ / /

/ / /

1  **IT IS FURTHER ORDERED** that counsel shall use the following case
2  number on all future filings unless otherwise directed y the Court: CR 06-0350-PHX-LOA
3  DATED this 7th day of September, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge