**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          -vs-<br><br>Peter Joseph Lopez,<br><br>                    Defendant. | **CR-06-350-PHX-LOA**<br><br>**ORDER**<br><br>**(First Request)** |

Upon motion of the defendant to withdraw motion to continue trial and good cause appearing,

IT IS HEREBY ORDERED granting defendant's motion to withdraw motion to continue trial filed on September 6, 2006.

DATED this 8th day of September, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge